UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY CABALAN,<br><br>　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-00137-MMD-CLB |
| JERRY MEAS,<br><br>　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Defendants. | *and related case*<br><br>Case No. 3:24-cv-00138-ART-CLB<br><br>Reassignment Order |

The Court has screened the above-referenced cases. The presiding district judges have determined that these two cases are related and that there is good cause to reassign these cases to one district judge under Local Rule 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

It is therefore ordered that Case No. 3:24-cv-00138-ART-CLB is reassigned to Judge Miranda M. Du. The Clerk of Court is directed to update Case No. 3:24-cv-00138-ART-CLB to appear as Case No. 3:24-cv-00138-MMD-CLB.

DATED THIS 29th Day of May 2024.

_____     _____
MIRANDA M. DU                                        ANNE R. TRAUM
CHIEF UNITED STATES DISTRICT JUDGE     UNITED STATES DISTRICT JUDGE