AARON D. FORD
 Attorney General
VICTORIA C. COREY (Bar No. 16364)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Interest Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY CABALAN, | Case No. 3:24-cv-00137-MMD-CLB |
| Plaintiff | **ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jeffrey Cabalan, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 23rd day of July, 2024.
THE VIEIRA FIRM, PLLC

DATED this 23rd day of July, 2024.
AARON D. FORD
Attorney General

_____
JEFFREY CABALAN #85932

*/s/ Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)

*Plaintiff, pro se*

*Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___August 27_____, 2024.

_____
UNITED STATES DISTRICT JUDGE